UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MOUNIVONG, SONG-NAM § Case No. 10-56536
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 10/11/2012 in Courtroom 250,

        United States Courthouse
        c/o Kane County Courthouse
        100 S. 3rd St., Geneva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/08/2012          By: Kenneth S. Gardner
                                                                      Clerk of the Bankruptcy Court

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
MOUNIVONG, SONG-NAM § Case No. 10-56536
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 24,278.58 |
| and approved disbursements of | $ | 153.56 |
| leaving a balance on hand of[1] | $ | 24,125.02 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 3,177.86 | $ 0.00 | $ 3,177.86 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 119.36 | $ 0.00 | $ 119.36 |
| Attorney for Trustee Fees: Joseph R. Voiland | $ 2,566.50 | $ 0.00 | $ 2,566.50 |
| Attorney for Trustee Expenses: Joseph R. Voiland | $ 5.59 | $ 0.00 | $ 5.59 |
| Charges: Clerk of the U.S. Bankruptcy Court | $ 250.00 | $ 0.00 | $ 250.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 6,119.31 |
| Remaining Balance | $ 18,005.71 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 22,467.66 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 80.1 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA Card Services, NA/Bank of America | $ 14,202.35 | $ 0.00 | $ 11,381.84 |
| 000002 | FIA Card Services, NA/Bank of America | $ 7,250.85 | $ 0.00 | $ 5,810.87 |
| 000003 | FIA Card Services, NA/Bank of America | $ 1,014.46 | $ 0.00 | $ 813.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 18,005.71 |
| | Remaining Balance | | $ | 0.00 |

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/Joseph R. Voiland
      Trustee

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-56536-MB
Song-Nam Mounivong                                                    Chapter 7
      Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: lkorotko            Page 1 of 2            Date Rcvd: Sep 10, 2012
                              Form ID: pdf006           Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2012.
```
db         +Song-Nam Mounivong,    809 Columbine Drive,    Elgin, IL 60124-6560
16584181    American Express,    201 4th Ave., South,    Nashville, Tn. 37219
16584183   +BAC,   c/o Rubin Lublin Suarez eta,   3740 Davinci Ct., Ste.100,   Norcross, GA 30092-7613
16584187    Bank of America,   c/o Northstar Location Svcs,   4285 Genesee St.,   Cheektowaga,, NY 14225-1943
16584186   +Bank of America,   PO Box 851001,   Dallas, Tx 75285-1001
16584188   +Bank of America,   c/o Echelon Recovery,   P O Box 1880,   Voorhees, NJ 08043-7880
16584189   +Bank of America, NA,   c/o Northstar Location Svcs,   4825 Genesee St,   Cheektowaga,, NY 14225
16584190   +Capital One Bank USA,   PO Box 30281,   Salt Lake City, Ut 84130-0281
16584192   +Chase Credit Card,   United,   P O Box 15153,   Wilmington, DE 19886-5153
16584193   +Comcast,   PO Box 140400,   Nashville, Tn 37214-0400
16584194    Direct TV,   P O Box 9001069,   Louisville, Ky 40290-1069
19355226    FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
16584195   +FIA Card Services,   c/o Creditors Interchange,   80 Holtz Drive,   Buffalo, NY 14225-1470
16584196   +First Bank of Highland Park,   633 Skokie Blvd.,   Northbrook, Il 60062-2825
16584198    GE Money Bank/Empire,   c/o Asset Recovery,   2200 E. Devon Ave., #200,
             Des Plaines, IL 60018-4501
16584201   +National City,   P O Box 856177,   Louisville, Ky 40285-6177
16584202   +PNC Bank Mortgage Svcs,   3232 Newark Dr.,   Miamisburg, Oh 45342-5433
16584203   +Wells Fargo Dlr Svc/Wacho,   PO Box 1697,   Winterville, NC 28590-1697
16584204   +Wells Fargo Home Mortgage,   3480 Stateview Blvd,   Ft. Mills, SC 29715-7203
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16584182     E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 11 2012 01:36:04    American Honda Finance,
              2170 Point Blvd.,   Suite 100,   Elgin, IL 60123-7885
16584191     E-mail/Text: bknotice@erccollections.com Sep 11 2012 02:22:07    Chase Bank USA,
              c/o Enhanced Recovery,   8014 Bayberry Rd.,   Jacksonville, FL 32256-7412
19300363     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 11 2012 01:49:25
              FIA Card Services, NA/Bank of America,   c/o American InfoSource LP,   PO Box 248809,
              Oklahoma City, OK  73124-8809
16584197     E-mail/Text: rjm@ebn.phinsolutions.com Sep 11 2012 01:33:51    First USA Bank Visa,
              c/o RJM Acquisitions Fundin,   575 Underhill Blvd., #224,   Syosset, NY 11791-3416
16584199     E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2012 01:49:41    GEMB/Empire,   PO Box 960061,
              Orlando, Fl 32896-0061
16584200     E-mail/Text: bnckohlsnotices@becket-lee.com Sep 11 2012 01:32:43    Kohl's/Chase,   PO Box 3115,
              Milwaukee, Wi. 53201-3115
                                                                                             TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16584184    ##+Bank of America,   Line of Credit,   PO Box 15026,   Wilmington, DE 19850-5026
16584185    ##+Bank of America,   Credit Card - Upromise,   P O Box 15026,   Wilmington, DE 19850-5026
                                                                                 TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 12, 2012**              **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1           User: lkorotko              Page 2 of 2                  Date Rcvd: Sep 10, 2012
                               Form ID: pdf006             Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2012 at the address(es) listed below:
              Christopher M Brown    on behalf of Creditor   Wells Fargo Home Mortgage
               northerndistrict@atty-pierce.com, cbrown@atty-pierce.com
              Joseph  Voiland    jrvoiland@sbcglobal.net, jvoiland@ecf.epiqsystems.com
              Joseph R Voiland    on behalf of Plaintiff Joseph Voiland jrvoiland@sbcglobal.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4