# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                               §
                                     §
MOUNIVONG, SONG-NAM                  §        Case No. 10-56536
                                     §
          Debtor(s)                  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                 .  The case was pending for   months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH R. VOILAND _____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| CLERK OF THE U.S. BANKRUPTCY COURT | | | | | |
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000002 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000001 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-56536   RG   Judge: MANUEL BARBOSA | |
| Case Name: | MOUNIVONG, SONG-NAM | |
| For Period Ending: | 11/27/12 | |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Date Filed (f) or Converted (c): | 12/22/10 (f) |
| 341(a) Meeting Date: | 02/07/11 |
| Claims Bar Date: | 03/12/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate - 809 Columbine Dr., Elgin, IL | 255,000.00 | 0.00 | DA | 0.00 | FA |
| 2. real estate - 2700 W. Lunt, Chicago, IL | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking acct. at Bank of America | 100.00 | 0.00 | DA | 0.00 | FA |
| 4. Household furniture, furnishings and supplies. | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Necessary wearing apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 6. Life Insurance - beneficiary wife | 8,142.00 | 0.00 | DA | 0.00 | FA |
| 7. IRA | 4,400.00 | 0.00 | DA | 0.00 | FA |
| 8. 2007 Honda Oddysey (30,000 miles) | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 9. 2004 Ford Sport Track (87,000 miles) | 4,700.00 | 0.00 | DA | 0.00 | FA |
| 10. preferential transfer claim - Santi Mounivong (u) | Unknown | 0.00 | | 17,500.00 | FA |
| 11. tax refund (u) | Unknown | 0.00 | | 6,778.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.58 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $443,542.00 | $0.00 | | $24,278.58 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/15/12    Current Projected Date of Final Report (TFR): 06/15/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit 9

| Case No: | 10-56536  -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | MOUNIVONG, SONG-NAM | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******7865  Money Market Account |
| Taxpayer ID No: | *******6615 | | | |
| For Period Ending: | 11/27/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/23/11 | 11 | PNC Bank | tax refund | 1224-000 | 6,778.00 | | 6,778.00 |
| | | | DEPOSIT CHECK #188357 | | | | |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 6,778.01 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,753.01 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 6,753.06 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,728.06 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 6,728.11 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,703.11 |
| 11/08/11 | 10 | PNC Bank | settlement proceeds - Santi M. | 1241-000 | 15,000.00 | | 21,703.11 |
| | | | DEPOSIT CHECK #188533 | | | | |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 21,703.23 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.10 | 21,673.13 |
| 12/06/11 | 10 | PNC Bank | payment from Santi Mounivong | 1241-000 | 2,500.00 | | 24,173.13 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.20 | | 24,173.33 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.46 | 24,124.87 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.15 | | 24,125.02 |
| 01/25/12 | | Transfer to Acct #*******4539 | Bank Funds Transfer | 9999-000 | | 24,125.02 | 0.00 |

| | | | COLUMN TOTALS | | 24,278.58 | 24,278.58 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 24,125.02 | |
| | | | Subtotal | | 24,278.58 | 153.56 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 24,278.58 | 153.56 | |

Page Subtotals                24,278.58                24,278.58

Ver: 16.05c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-56536  -RG | |
| Case Name: | MOUNIVONG, SONG-NAM | |

Taxpayer ID No:    *******6615
For Period Ending:    11/27/12

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4539  Checking Account |

Blanket Bond (per case limit):    $ 50,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******7865 | Bank Funds Transfer | 9999-000 | 24,125.02 | | 24,125.02 |
| 10/12/12 | 001001 | JOSEPH R. VOILAND | trustee compensation | 2100-000 | | 3,177.86 | 20,947.16 |
| 10/12/12 | 001002 | JOSEPH R. VOILAND | trustee expenses | 2200-000 | | 119.36 | 20,827.80 |
| 10/12/12 | 001003 | Joseph R. Voiland<br>1625 Wing Road<br>Yorkville, IL  60560 | | 3110-000 | | 2,566.50 | 18,261.30 |
| 10/12/12 | 001004 | Joseph R. Voiland<br>1625 Wing Road<br>Yorkville, IL  60560 | | 3120-000 | | 5.59 | 18,255.71 |
| 10/12/12 | 001005 | Clerk of the U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL  60604 | | 2700-000 | | 250.00 | 18,005.71 |
| 10/12/12 | 001006 | FIA Card Services, NA/Bank of America<br>c/o American InfoSource LP<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | | 7200-000 | | 11,381.84 | 6,623.87 |
| 10/12/12 | 001007 | FIA Card Services, NA/Bank of America<br>c/o American InfoSource LP<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | | 7200-000 | | 5,810.87 | 813.00 |
| 10/12/12 | 001008 | FIA Card Services, NA/Bank of America<br>c/o American InfoSource LP<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | | 7200-000 | | 813.00 | 0.00 |

Page Subtotals                24,125.02                24,125.02

Ver: 16.05c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

Case No:          10-56536  -RG
Case Name:     MOUNIVONG, SONG-NAM

Taxpayer ID No:   *******6615
For Period Ending:   11/27/12

Trustee Name:          JOSEPH R. VOILAND
Bank Name:             Congressional Bank
Account Number / CD #:      *******4539  Checking Account

Blanket Bond (per case limit):   $ 50,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 24,125.02 | 24,125.02 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 24,125.02 | 0.00 | |
| | | | Subtotal | | 0.00 | 24,125.02 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 24,125.02 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - *******7865 | 24,278.58 | 153.56 | 0.00 |
| Checking Account - ********4539 | 0.00 | 24,125.02 | 0.00 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 24,278.58 | 24,278.58 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                    0.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*